AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

F I L E D

OCT 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Andre L. Jackson_
Plaintiff

V.

_1- Thomas Carroll (See Attached sheet)_
Defendant(s)

**APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF**
**FEES AND AFFIDAVIT**

CASE NUMBER:   - 0 7 ‾ 6 6 3 -

I, _Andre L. Jackson_ _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant          • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under
28 USC §1915,  I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?   • [X]Yes   • •No   (If "No" go to Question 2)

If "YES" state the place of your incarceration _See Attached sheet_ _____

Inmate Identification Number (Required): _See Attached sheet_ _____

Are you employed at the institution? _NO_ Do you receive any payment from the institution? _NO_

_Attach a ledger sheet from the institution of your incarceration showing at least the past six months'_
_transactions_

2.   Are you currently employed?   • •Yes   • [X]No

   a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period a
        and give the name and address of your  employer. _N/A_

   b.   If the answer is "NO" state the date of your last employment, the amount of your take-home
        salary or wages and pay period and the name and address of your last employer. _N/A_

3.   In the past 12 twelve months have you received any money from any of the following sources?

   a.   Business, profession or other self-employment          • • Yes   •[X] No
   b.   Rent payments, interest or dividends                    • • Yes   [X] No
   c.   Pensions, annuities or life insurance payments          • • Yes   [X] No
   d.   Disability or workers compensation payments             • •Yes    •[X] No
   e.   Gifts or inheritances                                   • • Yes   [X] No
   f.   Any other sources                                       •[X]Yes   • • No

If the answer to any of the above is "YES" describe each source of money and state the amount
received AND what you expect you will continue to receive. _Family (1) I ~~~~_

Defendants - (1) Thomas Carroll
　　　　　(2) David Pierce
　　　　　(3) David Holman
　　　　　(4) Ronnie Drake
　　　　　(5) Carl Denberg
　　　　　(6) Bryan D. Andrews
　　　　　(7) Ramon Carter
　　　　　(8) Monica Watson
　　　　　(9) Madeline Lynch

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?        • • Yes    •✗• No

If "Yes" state the total amount $ _N/A_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                                • • Yes    ✗ No

If "Yes" describe the property and state its value. N/A

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.  N/A

I declare under penalty of perjury that the above information is true and correct.

10-16-07                    _Brooke K. Jackson_
DATE                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO: _Andre Jackson_ SBI#: _24538M_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _September 6, 2007_

Attached are copies of your inmate account statement for the months of
_March 1, 2007_ to _August 31, 2007_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| March | 41.34 |
| April | 19.77 |
| May | 1.76 |
| June | 0 |
| July | 0 |
| Aug | 0 |

Average daily balances/6 months: _10.48_

Attachments
CC: File

Stacy Shane
9/6/07

Jeanette L Harry
9/6/07

# Individual Statement
## From March 2007 to August 2007

Date Printed: 9/6/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00245387 | Jackson | Andre | L | | Beginning Month Balance: | $53.12 |
| Current Location: | INF | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/6/2007 | ($8.86) | $0.00 | $0.00 | $44.26 | 396288 | | | |
| Canteen | 3/9/2007 | ($0.67) | $0.00 | $0.00 | $43.59 | 398678 | | | |
| Canteen | 3/20/2007 | ($9.95) | $0.00 | $0.00 | $33.64 | 402095 | | | |
| Canteen | 4/3/2007 | ($9.95) | $0.00 | $0.00 | $23.69 | 409460 | | | |
| Canteen | 4/17/2007 | ($9.82) | $0.00 | $0.00 | $13.87 | 415884 | | | |
| Canteen | 5/1/2007 | ($10.00) | $0.00 | $0.00 | $3.87 | 421949 | | | |
| Canteen | 5/15/2007 | ($3.74) | $0.00 | $0.00 | $0.13 | 427967 | | | |
| Medical | 5/18/2007 | $0.00 | ($4.00) | $0.00 | $0.13 | 430306 | | 5/16/07 | |
| Medical | 5/18/2007 | ($0.13) | ($3.87) | $0.00 | $0.00 | 430386 | | 5/16/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($2.84) | $0.00 | 474299 | | INDIGENT 8/14/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($3.87)

Total Amount Currently on Legal Hold: $0.00

Total Amount Currently on Restitution Hold: $0.00

Total Amount Currently on Other Hold: ($2.84)



I/M: Andre L. Jackson

SBI# 245389    UNIT 17-C-L-7

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Clerk U.S. District Court
Lock Box 18
844 N. King Street
Wilmington Delaware
19801