SAMPLE FORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

APPELLANT,

v.  C.A. No. \_\_07-663\_\_

APPELLEE,

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, _Andre L. Jackson_, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.
In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:
1. Appellant is incarcerated.
2. Appellant is unskilled in the law.
3. The administration at the Delaware Correctional Center where the appellant is held limits his access to the law library.
4. Appointment of counsel would serve the best interests of justice in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 10-18-07

Name: _Andre L. Jackson_
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE. 19977

SAMPLE FORM



FILED
OCT 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE