To: Court Clerk
From: Andre L. JACKSON SBI #245384  SHU-17-C-L-7
Date: 11-28-07

This is Andre L. Jackson Civ. No. 07-663-SLR

I have no money in my account so can you give me an so can I have an 60 to 90 days to come up with the $2.09 an exstenion for me to come up with the money please

FILED
DEC - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Non Eiswert

# Individual Statement
## From October 2007 to November 2007

Date Printed: 11/10/2007     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00245387 | Jackson | Andre | L | | Beginning Month Balance: | $0.00 |
| Current Location: INF | | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 10/12/2007 | $0.00 | $0.00 | ($1.48) | $0.00 | 499420 | | 9/28/07 | |
| Medical | 10/25/2007 | $0.00 | ($6.00) | $0.00 | $0.00 | 505660 | | 10/23/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($4.60) | $0.00 | 511924 | | 10/18/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($1.48) | $0.00 | 512351 | | 10/20/07 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($9.87)
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($13.36)

I/M Andre L. Jackson
SBI# 245367   UNIT SHU-19-C-L-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977

WILMINGTON DE 197
03 DEC 2007 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570