IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW L. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-663-SLR |
| | ) |
| THOMAS CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, a prisoner incarcerated at Delaware Correctional Center, Smyrna, Delaware, filed a complaint pursuant to 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, on November 2, 2007, the court granted plaintiff's motion to proceed in forma pauperis, and assessed a filing fee of $350, and an initial partial filing fee of $2.09 (D.I. 5);

WHEREAS, on December 4, 2007, plaintiff filed a motion for extension of time to pay the initial filing of $2.09 (D.I. 6);

WHEREAS, to date, plaintiff has not filed his authorization requesting the Prison Business Office to disburse payments to the clerk of the court;

THEREFORE, at Wilmington this _10th_ day of December, 2007, IT IS ORDERED that the motion for extension of time (D.I. 6) is **granted**. Plaintiff shall have thirty (30) days from the date of this order to submit his prison authorization form. **Plaintiff is placed on notice that failure to timely submit the authorization form will result in dismissal of this case.**

United States District Judge