IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDRE L. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-663-SLR |
| | ) |
| THOMAS CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, Andre L. Jackson filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this court granted plaintiff leave to proceed without prepayment of fees, and on November 2, 2007, entered an order requiring plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 5);

WHEREAS, plaintiff requested an extension, it was granted and on December 10, 2007, plaintiff was ordered to submit his authorization form within thirty days from the date of the order or the case would be dismissed (D.I. 7);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from plaintiff;

THEREFORE, at Wilmington this 12th day of February, 2008, IT IS HEREBY ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE